## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CALLAHAN, INC.**<br>　　**Plaintiff**<br><br>　　**v.**<br><br>**MARATHON BUILDING SERVICES**<br>**and**<br>**CRUM & FORSTER SPECIALTY**<br>**INSURANCE COMPANY**<br>　　**Defendants** | )<br>)<br>)<br>)<br>)<br>)　　**CASE 1:22-cv-10555-RGS**<br>)<br>)<br>)<br>)<br>) |
| **MARATHON BUILDING SERVICES**<br>　　**Third-Party Plaintiff**<br><br>　　**v.**<br><br>**ANABEC, INC. and ARAMSCO, INC.,**<br>　　**Third-Party Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT REQUEST FOR SETTLEMENT ORDER OF DISMISSAL

Plaintiff Callahan, Inc. ("Callahan"), Defendants Marathon Building Services ("Marathon") and Crum & Forster Specialty Insurance Company ("CFSIC") and Third-Parties, Anabec, Inc. and Aramsco, Inc. ("collectively the Parties"), jointly ask this Court to enter on the docket a 60-day Settlement Order of Dismissal. The Parties are making this request to complete settlement-related activities, which are expected to be finalized and resolved before the expiration of a 60-day Nisi.

Currently, this court has a Status Conference scheduled for Tuesday, November 14, 2023. The parties contemplate that a Settlement Order of Dismissal will allow them to avoid the significant time and expense of further litigation, including appearance before the court at the status conference.

3137180.v1

2

Accordingly, the parties respectfully ask this court to enter on the docket a 60-day Settlement Order of Dismissal.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>CALLAHAN, INC.<br>By its Attorneys, | Defendant,<br>CRUM & FORSTER SPECIALTY<br>INSURANCE COMPANY<br>By its Attorneys, |
| /s/ Charles F. Rourke II<br>Willian J. Dailey, III BBO#; 558837<br>Charles F. Rourke II BBO# 676041<br>Sloane and Walsh LLP<br>One Boston Place, Suite 1600<br>Boston, MA 02108<br>617-523-6010<br>wdaileyIII@sloanewalsh.com<br>crourke@sloanewalsh.com | /s/ Patrick T. Ryan<br>Peter G. Hermes BBO# 231840<br>Patrick T. Ryan BBO# 688585<br>Clyde & Co US LLP<br>265 Franklin Street, 7th Floor<br>Boston, MA 02110<br>617-728-0050<br>Peter.Hermes@clydeco.us<br>Patrick.Ryan@clydeco.us |
| Defendant/Third Party Plaintiff,<br>MARATHON BUILDING SERVICES<br>By its Attorneys, | Third Party Defendant,<br>ANABEC, INC.<br>By its Attorneys, |
| /s/ Jeffrey C. McLucas<br>Jeffrey C. McLucas BBO# 550650<br>Caroline B. Lapish BBO# 669460<br>Stephanie Chesney BBO# 672790<br>Manning Gross & Massenburg<br>125 High Street<br>Oliver Street Tower, 6th Floor<br>Boston, MA  02110<br>617-670-8800<br>jmclucas@mgmlaw.com<br>clapish@mgmlaw.com<br>schesney@mgmlaw.com | /s/ Anthony V. Agudelo<br>Anthony V. Agudelo BBO# 642260<br>Brody, Hardoon, Perkins & Kesten, LLP<br>699 Boylston Street<br>Boston, MA 02116<br>617-880-7100<br>tagudelo@bhpklaw.com |

2

Third Party Defendant,
ARAMSCO, INC.
By its Attorneys,


/s/Bridget Lopez
Bridget Lopez, BBO# 684614
John Knight, BBO# 631052
Vanessa Erickson, BBO# 710946
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210
617-439-7500
blopez@morrisonmahoney.com
jknight@morrisonmahoney.com


Dated:  November 13, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, a true copy of the above document was filed through the EFC system and will be sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

/s/ Charles F. Rourke II