UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Callahan, Inc.**

**V.**                                        **CIVIL ACTION NO. 1:22-cv-10555-MJJ**

**Crum & Forster Specialty
Insurance Company et al.**

<u>**SETTLEMENT ORDER OF DISMISSAL**</u>

**JOUN, D.J.**

The Court have been advised that the above-entitled action
has been settled.

IT IS HEREBY ORDERED that this action is hereby dismissed

without costs and without prejudice to the right, upon good

cause shown within **sixty (60) days**, to reopen the action if

settlement is not consummated.

/s/ Steve K. York

November 13, 2023                    ---------------------------
                                     **Deputy Clerk**