UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CALLAHAN, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:22-cv-10555-MJJ |
| | ) | |
| MARATHON BUILDING SERVICES, | ) | |
| and CRUM & FORSTER SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | |
|     Defendants. | ) | |
| _____ | ) | |
| | ) | |
| MARATHON BUILDING SERVICES, | ) | |
|     Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANABEC, INC. and ARAMSCO, INC., | ) | |
|     Third-Party Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-captioned matter hereby stipulate and agree pursuant to Rule

41(a) of the Federal Rules of Civil Procedure that this action including all third-party claims,

crossclaims and counter-claims, be dismissed, with prejudice, without costs, waiving all rights of

appeal and with all parties bearing their own costs and attorneys' fees.

| | |
|---|---|
| Plaintiff, | Defendant, |
| CALLAHAN, INC., | CRUM & FORSTER SPECIALTY |
| By its Attorneys, | INSURANCE COMPANY, |
| | By its Attorneys, |
| | |
| */s/ Charles F. Rourke, II* | */s/ Patrick T. Ryan* |
| William J. Dailey, III, BBO #558837 | Peter G. Hermes, BBO #231840 |
| Charles F. Rourke II, BBO #676041 | Patrick T. Ryan, BBO #688585 |
| Sloane & Walsh LLP | Clyde & Co US, LLP |
| One Boston Place, Suite 1600 | 265 Franklin Street, 7th Floor |
| Boston, MA  02108 | Boston, MA  02110 |
| 617-523-6010 | 617-728-0050 |
| WDaileyIII@sloanewalsh.com | Peter.Hermes@clydeco.us |
| crourke@sloanewalsh.com | Patrick.Ryan@clydeco.us |

Defendant/Third-Party Plaintiff,
MARATHON BUILDING SERVICES,
By its Attorneys,

/s/ Jeffrey C. McLucas
Jeffrey C. McLucas, BBO #550650
Stephanie M. Chesney, BBO #672790
Caroline B. Lapish, BBO #669460
Manning Gross + Massenburg, LLP
125 High Street
Oliver Street Tower, 6th Floor
Boston, MA  02110
617-670-8800
jmclucas@mgmlaw.com
schesney@mgmlaw.com
clapish@mgmlaw.com

Third-Party Defendant,
ANABEC, INC.,
By its Attorney,

/s/ Anthony V. Agudelo
Anthony V. Agudelo, BBO #642260
Brody, Hardoon, Perkins & Kesten, LLP
265 Franklin Street
Boston, MA  02110
617-880-7100
tagudelo@bhpklaw.com

Third-Party Defendant,
ARAMSCO, INC.,
By its Attorney,

/s/ Bridget A. Lopez
Bridget A. Lopez, BBO #684614
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210
617-439-7500
blopez@morrisonmahoney.com

**Certificate of Service**

I, Jeffrey C. McLucas, Esq., counsel for the Defendant/Third-Party Plaintiff, Marathon Building Services in the above-captioned action, hereby certify that on this day, January 2, 2024, I filed with the Court through the ECF system the foregoing document and counsel for the parties are registered users of the ECF system.

Dated: January 2, 2024                    */s/ Jeffrey C. McLucas*
                                           Jeffrey C. McLucas, Esq.

3